# EXHIBIT "A"

# Complaint
# (McCray v. McDaniel and Calhoun)

ELECTRONICALLY FILED
5/15/2018 9:03 AM
12-CV-2018-900058.00
CIRCUIT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| MANDY MCRAY AS EXECUTRIX OF THE ESTATE OF BARBARA THOMAS HATCHETT<br><br>PLAINTIFF<br><br>VS.<br><br>LORI MCDANIEL AND STEVE CALHOUN<br><br>DEFENDANTS | CASE NO. _____ |

## COMPLAINT

Comes now Plaintiff and would show unto this Honorable Court the following facts as a basis for the relief hereinafter prayed for:

## STATEMENT OF FACTS

1. Plaintiff herein is the Executrix of the Estate of Barbara Thomas Hatchett who departed this life on November 23, 2017.

2. Defendant Lori McDaniel is the niece of Barbara Thomas Hatchett. Defendant McDaniel resides at 12432 Veterans Memorial Parkway, LaFayette, Alabama 36862 and is a resident citizen of Chambers County, Alabama.

3. Defendant Steve Calhoun is believed to be an acquaintance of Defendant Lori McDaniel. Defendant Calhoun is believed to reside at 32417 Highway 431, Roanoke, Alabama 36274.

4. Barbara Hatchett departed this life on November 23, 2017. Immediately after Defendant Lori McDaniel began using Mrs. Hatchett's funds for her personal benefit.

5. Defendant Lori McDaniel used Barbara Hatchett's debit card and online banking account to begin making purchases on November 24, 2017 as if the money in Mrs. Hatchett's BB&T bank account was Defendant Lori McDaniel's personal funds. The largest payment was in the amount of $9,230.00 and was made on November 27, 2017 to payoff Defendant Lori McDaniel's personal vehicle.

6. When BB&T discovered the car loan payoff made by Defendant Lori McDaniel, it reversed the payment.

7. It is believed that the other debit card purchases made by Defendant Lori McDaniel on Mrs. Hatchett's account after her death equaled approximately $1,758.64.

8. Defendant Lori McDaniel also wrote two checks on Mrs. Hatchett's account after Mrs. Hatchett had departed this life.

9. The first check Defendant Lori McDaniel wrote was to Johnson Brown Service Funeral Home and was in the amount of $2,089.00. The check was signed by Defendant Lori McDaniel and Defendant Lori McDaniel also signed Barbara Hatchett's name to the check.

10. The other check written by Defendant Lori McDaniel on Mrs. Hatchett's account was made payable to Defendant Steve Calhoun and was in the amount of $30,000.00. This check was dated November 18, 2017 and was deposited by Defendant Steve Calhoun on November 24, 2017, the day after the death of Barbara Hatchett.

11.    Defendant Lori McDaniel changed the mailing address of Mrs. Hatchett's BB&T account from Mrs. Hatchett's address on 27th Street SW in Lanett, Alabama to Defendant Lori McDaniel's address of 12432 Veterans Memorial Parkway in LaFayette, Alabama.

12.    Soon after Mrs. Hatchett's death Defendant Lori McDaniel also gained access to Mrs. Hatchett's safe deposit box and it is believed that Defendant Lori McDaniel took items from Mrs. Hatchett's safe deposit box to which she was not entitled.

13.    Defendant Lori McDaniel also had access to Mrs. Hatchett's residence after her death and it is believed that Defendant Lori McDaniel took items of Mrs. Hatchett's personal property from her residence to which Defendant Lori McDaniel was not entitled.

14.    Under the terms of Barbara Hatchett's Last Will and Testament Defendant Lori McDaniel is due to receive Mrs. Hatchett's car, all real estate owned by Mrs. Hatchett and all payments due to Mrs. Hatchett concerning real estate.

15.    The Executrix of Barbara Hatchett's Estate, Mandy McRay, was due to receive all monies owned by Mrs. Hatchett.

16.    All the rest, residue and remainder of Mrs. Hatchett's Estate was due to be divided between Defendant Lori McDaniel and Executrix, Mandy McRay.

17.    Mandy McRay was named Executrix of Mrs. Hatchett's Estate in her Will and she was appointed by the Probate Court of Chambers County to serve as Executrix of the Estate of Barbara Hatchett on March 14, 2018.

## COUNT ONE

## CONVERSION

18. Plaintiff hereby incorporates Paragraphs 1-17 as if fully set forth herein.

19. Defendant Lori McDaniel appropriated the property of Barbara Hatchett's Estate for Defendant Lori McDaniel's own use and benefit.

20. Defendant Lori McDaniel illegally assumed ownership of the property of Barbara Hatchett's Estate.

21. Defendant Steve Calhoun appropriated the property of Barbara Hatchett's Estate to Defendant Steve Calhoun's own use and benefit.

22. Defendant Steve Calhoun illegally assumed ownership of the property of Barbara Hatchett's Estate.

WHEREFORE, Plaintiff demands judgment against each Defendant for all sums to which Plaintiff may be entitled to under the pleadings and proof contained herein including both compensatory and punitive damages.

## COUNT TWO

## CIVIL CONSPIRACY

23. Plaintiff hereby incorporates Paragraphs 1-17 as if fully set forth herein.

24. Defendant Lori McDaniel and Defendant Steve Calhoun engaged in a civil conspiracy to unlawfully take control of monies of Barbara Hatchett that were due to pass to her Estate after her death.

25. The purpose of Defendant Lori McDaniel and Defendant Steve Calhoun's civil conspiracy was to take monies that did not belong to them but rightfully belonged to the Estate of Barbara Hatchett.

WHEREFORE, Plaintiff demands judgment against Defendant Lori McDaniel and Defendant Steve Calhoun for all sums that Plaintiff may be entitled to under the pleadings and proof contained herein including both compensatory and punitive damages.

s/John A. Tinney
John A. Tinney    TIN005
Attorney for Plaintiff
739 Main Street
Post Office Box 1430
Roanoke, Alabama 36274
Telephone: (334) 863-8945
Facsimile: (334) 863-7114
johntinneyattorney@gmail.com

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY OF ALL ISSUES HEREIN.**

s/John A. Tinney
John A. Tinney    TIN005
Attorney for Plaintiff