IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI MCDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 3:19-cv-67-ECM |
| ) | |
| BRANCH BANKING AND ) | |
| TRUST COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Now pending before the Court is the parties' Joint Motion to Dismiss (doc. 5) filed on February 5, 2019, which the court construes as a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). Because the Joint Stipulation of Dismissal comports with FED.R.CIV.P. 41(a), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case

DONE this 6th day of February, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE